KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0138 MAG |
| Plaintiff, | |
| v. | **ORDER FOR SUMMONS** |
| PATRICK J. DUNNE, | |
| Defendant. | |

    Having reviewed the Declaration of Jayna Reynon, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Patrick J. Dunne, to appear on April 13, 2006 at 9:30 am before Magistrate Judge James Larson to answer the Information that has been filed by the United States Attorney.

    IT IS SO ORDERED.

Dated: March 16, 2006

                                    BERNARD ZIMMERMAN
                                    United States Magistrate Judge